UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ESAW WRIGHT, ET AL | * |
| | *  CIVIL ACTION NO.:  15-3544 |
| VERSUS | * |
| | * |
| SELECTIVE INSURANCE, ET AL | * SECTION:  L |
| | * |
| | * MAGISTRATE: WILKINSON |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION IN LIMINE
TO EXCLUDE TESTIMONY OF RICHARD BARATTA**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Esaw Wright and Derran Allen, who move this Court for an order excluding the testimony of Richard Baratta, a purported accident reconstructionist and biomechanic expert hired by Defendants.

WHEREFORE, for the reasons stated in the attached memorandum, Plaintiffs respectfully request that the Court grant this motion.

Respectfully submitted,

**HUBER, SLACK, THOMAS & MARCELLE, LLP**

*s/Stephen M. Huber*
STEPHEN M. HUBER, BAR NO. 24463
BRIAN P. MARCELLE, BAR NO. 25156
GINA M. PALERMO, BAR NO. 33307
1100 Poydras Street, Suite 2200
New Orleans, LA 70163
Telephone: (504) 274-2500
Facsimile: (504) 910-0838
Stephen@huberslack.com
Bmarcelle @huberslack.com
    and

**EDWARD J. WOMAC, JR. #02195**
**DOUGLAS J. WOMAC, JR., # 31570**
**EDWARD J. WOMAC, JR. & ASSOC., L.L.C.**
3501 Canal Street
New Orleans, LA 70119
Telephone: (504) 486-9999
Facsimile: (504) 488-4178

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/Stephen M. Huber*