

Rimkus Consulting Group, Inc.
3850 North Causeway Boulevard, Suite 1325
Metairie, LA 70002
(888) 474-6587 Telephone
(504) 832-1060 Facsimile

# Report of Findings

## WRIGHT, ET AL VS. SELECTIVE INS., ET AL, ACCIDENT ANALYSIS AND BIOMECHANICAL EVALUATION
### Style: Esaw Wright & Derran Allen vs. Selective Ins. Co./R Finn Enterprises

RCG File No: 52012168

Prepared For:

**PHELPS DUNBAR, L.L.P.**
**CANAL PLACE**
**365 CANAL STREET, STE. 2000**
**NEW ORLEANS, LA 70130-6534**

Attention:

MR. JEFFREY CLAYMAN

_[signature]_

Richard V. Baratta, Ph.D., P.E.
LA Engineering Number 34792
ACTAR #1683
Senior Vice President

Digitally signed by: Richard V Baratta
DN: CN = Richard V Baratta C = US
O = IdenTrust ACES Business Representative OU = RIMKUS CONSULTING GROUP INC
Date: 2016.08.11 15:54:01 -06'00'

August 11, 2016

# TABLE OF CONTENTS

I. Introduction ...................................................................................... 1

II. Conclusions ..................................................................................... 2

III. Discussion ........................................................................................ 3

IV. Basis of Report ................................................................................ 9

V. Attachments ................................................................................... 12

    A. Photographs

    B. Figures

    C. CV

    D. List of Publications

    E. Testimony History

    F. Terms and Conditions

# Section I
# INTRODUCTION

On November 7, 2014, a two-vehicle accident occurred on the exit from Interstate Highway 10 to Claiborne Avenue in New Orleans, Louisiana. A 2006 Honda Accord, Louisiana license plate YHT865, driven by Mr. Esaw Wright, and with Mr. Derran Allen as passenger, was contacted on the left-rear by a 2011 Hino box truck, New York license plate 80622MB, driven by Mr. Brent Paino. Both occupants of the Honda have claimed that they sustained injuries in this accident.

Rimkus Consulting Group, Inc. was retained to reconstruct the dynamics of the accident and to determine the motions and mechanisms that the occupants of the Honda would have undergone as a result of this accident in relation to the injuries they are claiming. . This report was reviewed by Mark A, Sweigart, Ph.D., ACTAR, Senior Consultant.

Dr. Baratta's time in his conduct of this investigation is being billed at a rate of $350 per hour according to the terms and conditions document attached in **Appendix F**.

This report was prepared for the exclusive use of Phelps Dunbar, L.L.P. and was not intended for any other purpose. Our report was based on the information available to us at this time, as described in the **Basis of Report**. Should additional information become available, we reserve the right to determine the impact, if any, the new information may have on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted.

# Section II
# CONCLUSIONS

1. The nature of this accident was a sideswipe, in which the vehicles made primarily sliding contact, and with the Hino's bumper snagging and pulling the Honda's bumper cover.

2. The Honda would have undergone vibrational motions in the initial component of the accident, followed by minor slowing when the bumper of the Hino engaged with the bumper cover of the Honda. A conservatively high quantification of the slowing would be in the range of 3 miles per hour (mph).

3. Occupants of the Honda would have undergone minor shaking and vibrational motions as a result of the sideswipe component of the accident, followed by minor forward motion during the time that the Honda's bumper cover became detached.

4. The loads that the occupants of the Honda would have sustained in their spinal tissues would be well within levels that they would undergo during routine activities of daily living in which injuries would not be expected.

5. Mechanical damage to intervertebral discs would not be consistent with the dynamics of this accident, as the mechanisms associated with causing acute disruptions of intervertebral discs would not have been invoked.

# Section III
# DISCUSSION

Photographs of the Honda revealed superficial swiping damage to the left side of the vehicle, along with the bumper cover being pulled off (**Photograph 1**). The bumper reinforcement appeared to be slightly twisted downwards at the right side, with some distortion of the right bumper bracket (**Photograph 2**). A repair estimate for the Honda listed repairs and/or replacement of bumper bracket, bumper, reinforcement, left quarter panel, and left-rear door. The published curb weight of the Honda was 3,178 pounds.

The Hino was a straight-box truck, and photographs revealed minor scratches and paint transfer to the right extension of the front bumper (**Photographs 3 and 4**). The damage was contained to the right side of the bumper. There was no repair estimate for the Hino. According to decoding of its vehicle identification number, the Hino's Gross Vehicle Weight Rating was 25,950 pounds.

A video taken of the vehicles stopped after the accident showed two individuals that appeared to be putting the bumper cover of the Honda into the rear seat area of the vehicle. The video also showed that the local traffic was heavy.

The contact between the vehicles was limited to the right side of the right-front corner of the Hino and the left side and left-rear of the Honda. The vehicles were traveling nearly parallel to each other, and the right extension of the front bumper of the Hino made contact with the right-rear door of the Honda, as the Honda was traveling faster than the Hino. The minimal depth of denting of the side panels of the Honda indicated that the contact was primarily of a sliding nature, and that the Honda would have exhibited minor vibrations in the lateral plane. Subsequently, the front edge of the left extension of the bumper cover of the Honda snagged with the rear edge of the bumper of the Hino, and with the Honda moving faster than the Hino, pulled the bumper cover off the Honda. This would have caused a slowing of the Honda due to the tearing of the plastic surrounding the holes on the mounting tabs (**Figure 1**). These bumper covers are

made out of polyurethane. Assuming polyurethane with the greatest strength, each tab would fail at a tension of well less than 1,000 pounds. This is consistent with personal experience in working on these tabs, which can be failed by manually pulling on the bumper cover. As each tab would tear, the Honda would experience a slight deceleration of less than 0.3 g. For the purpose of being conservative, a change in speed of 3 mph (which would cause a force in excess of 4,000 pounds) will be used.

**Medical Records for Mr. Esaw Wright**

Records for Mr. Wright indicated that he was 28 years old at the time of the accident; he stood 5 feet and 6 inches tall and weighed 130 pounds. He was the driver of the vehicle, and presented on November 10, 2014, to Dr. Norman Ott, who noted his impression of lumbar strain with spasm, bilateral shoulder strain and bilateral upper arm trauma. Radiographs read by Dr. Jaime Tuazon on January 16, 2015, had the impression of normal cervical and lumbar spine as well as both shoulders.

An MRI of his cervical spine was read on April 7, 2015, by Dr. John Hamide, who noted straightening of the cervical lordosis and disc bulges at C4-5 and C5-6; in the lumbar spine, Dr. Hamide noted a concentric bulge, at L4-5. Dr. Hamide recommended interventional pain consultation for both the cervical and lumbar spine.

On May 21, 2015, Dr. Marco Rodriguez saw Mr. Wright, and indicated a diagnostic impression of a C4-C5 disk herniation with facet syndrome causing left worse than right facetogenic pain and L4-L5 herniated nucleus pulposus with lumbar facet syndrome.

On August 28, 2015, Dr. Ronald Segura performed medial branch nerve blocks on the left side, and had indicated that the patient responded with 100% relief and that he was a candidate for rhizotomy. On September 11, 2014, Dr. Segura indicated that his spondylosis had resolved; on October 23, 2015, Dr. Segura noted that the lumbar spondylosis was symptomatic, and recommended rhizotomies in the lumbosacral spine.

**Medical Records for Mr. Derran Allen**

Mr. Allen was 30 years old at the time of the accident; he was 6 feet tall and weighed 146 pounds. He also saw Dr. Ott on November 10, 2014. Dr. Ott gave the diagnostic impression of posttraumatic vs. cervicogenic headaches and lumbar strain.

Dr. Hamide noted in his reading of a lumbar MRI taken on May 22, 2015, a bulge at L4-L5, and recommended interventional pain consultation.

Mr. Allen was seen by Dr. Rodriguez on June 24, 2015. Dr. Rodriguez noted a broad-based bulge at L4-L5 and a protrusion at L5-S1. On July 17, 2015, Dr. Segura performed medial branch nerve bocks and indicated that Mr. Allen responded with 100% pain relief and that he was a candidate for rhizotomy.

**Biomechanical Analysis**

The Honda underwent a shallow sideswipe, followed by a slowing of less than 3 mph in this accident. In the initial sideswipe portion of the accident, the Honda would have experienced mild vibrations; studies in which passenger vehicles have been exposed to sideswipes, with other passenger vehicles and with commercial vehicles, and to a far deeper degree than the subject accident have shown net accelerations of less than 2 g. In other cases, accelerations were greater when there was snagging between the panels of the vehicle. In these tests, the snagging occurred between sheet metal panels, whereas in the subject case, the snagging was between a bumper and a plastic bumper cover. Importantly, the motions of the occupants in the tests where there was a person within the vehicle sustained accelerations of lesser severity than the vehicle, and those accelerations are well within levels of accelerations that individuals undergo during routine activities of daily living in which injuries are not expected.

Following the initial sideswipe, there would have been a slowing of the Honda as the bumper cover snagged on the Hino's bumper. As this process would occur, the plastic mounting tabs would tear in the area of the screwholes; this would happen one at a time, starting from the lowest and farthest left, and progressing upwards and to the right.

The force to cause a tear in the plastic was estimated to be in the range of 500 pounds; even using a factor of 2, the deceleration would be a net of less than 1/3 g (where 1 g is the acceleration due to gravity), which is far less than the braking capability of the Honda.  Even an extremely conservative (high) assessment would yield a change in speed of less than 3 mph.  The motions of the occupants of a vehicle that slows in this manner would be towards the front with respect to the interior of the vehicle.  The motions would normally be controlled by the muscles of the low back and neck, in concert with friction between the upper legs and buttocks and the seat, and would not likely require the intervention of the seatbelt to restrain the forward motion of the torso.

Occupants of the Honda were diagnosed with spine disk bulges and herniations, along with degeneration/spondylosis.  The biomechanics literature indicates that disc bulges and herniations, in the absence of trauma to other associated structures (e.g., vertebral body fractures, facet or ligamentous damage), rarely result from single, brief, acute events.  Compressive loads create fractures in the vertebral endplates; torsional and shear loads yield fractures of the facets; and tensile loads and hyperflexion/hyperextension of the spine result in the tearing of the spinal ligaments – all at levels lower than that required to damage the disc.  Only in combined loading, during which the spine is in hyperflexion and subjected to a sudden compressive load, have traumatic disc prolapses from a single event been produced.  This mechanism for traumatic disc bulge or herniation was not present during the subject accident.

Most often, disc bulges and herniations develop as a result of repetitive loading over many years as part of the natural aging and degeneration process, and often are not associated with any symptoms or pain.  As discs degenerate, bulges and protrusions can lead to the narrowing of the spaces occupied by the spinal cord and exiting nerve roots, and cause crowding and deformation of these sensitive tissues.  Additionally, changes in the force distribution throughout the spine in response to altered disc mechanics initiates an active bone response that can accumulate and act to narrow the central canal or neural foramen.

Biomechanics research has also shown that a previously degenerated disc is not necessarily more prone to traumatic injury than a healthy disc. Degenerated discs may be stable and become more difficult to herniate than healthy discs, as the degeneration process is associated with the thinning and calcification of the disc and the desiccation of the paste-like inner material of the disc (nucleus pulposus). The subject accident presented loads to the cervical and lumbar spine of the occupants of the Honda that were less than those they likely experienced during the events of the day leading up to and after the accident (**Figures 2, 3, 4**). No progression or structural aggravation to already present degenerative spinal conditions of the spine would be likely to have occurred as a result of the subject incident.

In short, this accident was a sideswipe, followed by minor slowing of the Honda as the rear bumper cover snagged on the bumper of the Hino. The motions the occupants of the Honda would have experienced would be well within the levels they would undergo within routine activities. In addition, the mechanisms associated with causing disc injuries were not invoked in this accident.

The methods used and studies cited in this report are relevant to the biomechanics of human motion and injury mechanisms resulting from accidental events. Biomechanics is the application of principles and methods of engineering mechanics to the study and solution of problems arising in biology and medicine. The science of injury biomechanics is fundamentally different from that of medicine in that it does not offer diagnoses, treatment or prognoses, but instead addresses the relationships between events and damages to tissue by studying the physics of accidental events, the properties of tissues, and the application of loads to tissues in accidental events. This is a discipline widely accepted within the scientific community; injury biomechanics forms the basis for the safety aspects of vehicle interior design, and for the rules and regulations that govern the crashworthiness of vehicles. In this particular case, the application of biomechanics principles explains the motions of an occupant within the vehicle upon impact, the nature of the loads and mechanisms experienced by the tissue, and the potential for those loads and mechanisms to result in damage or failure

to tissue. These methods have been tested and have yielded consistent results in the articles cited in the **Basis of Report** and others. The methods used in these reports can be verified experimentally by using the same methodologies.

## Section IV

## BASIS OF REPORT

The following materials were reviewed and tasks were performed during the course of our work:

1. A video taken from the vantage point of the Hino after the accident was reviewed.

2. Four (4) photographs of the Honda were reviewed.

3. An undated repair estimate for the Honda, prepared by A-1 Auto Repairs and Sales, was reviewed.

4. Autostats dimensional data for the Honda were reviewed.

5. Schematic diagrams of the bumpers of the Honda were retrieved and reviewed.

6. Diesel Truck Index data for the Hino were reviewed.

7. Ten (10) color photographs of the Hino were reviewed.

8. Google Street Maps View of the site of the accident was reviewed.

9. The transcript of Mr. Brent Paino's recorded statement was reviewed.

10. The transcript of Mr. Esaw Wright's deposition, taken on June 9, 2016, was reviewed.

11. Medical records for Mr. Esaw Wright were reviewed.

12. The transcript of Mr. Derran Allen's deposition, taken on June 9, 2016, was reviewed.

13. The plastic tabs of the bumper of an exemplar Honda were inspected and measured.

14. Medical records for Mr. Derran Allen were reviewed

15. Various legal documents were reviewed, including the following:

    a) Mr. Derran Allen's Answers to Interrogatories

    b) Mr. Esaw Wright's Answers to Interrogatories

16. Various materials were referenced, including the following:

a) Bartlett, W., Wright, W., Masory, O., et al., *Evaluating the Uncertainty in Various Measurement Tasks Common to Accident Reconstruction.* SAE 2002-01-0546.

b) Nahum. A.M., Gomez, M.A., *Injury Reconstruction: The Biomechanical Analysis of Accidental Injury.* SAE paper, 1994.

c) Whiting, W.C., Zernicke, R.F., *Biomechanics of Musculoskeletal Injury.* Human Kinetics, 1998.

d) Bailey, M.N., Wong, B.C., and Lawrence, J.M., *Data and Methods for Estimating the Severity of Minor Impacts,* SAE paper, 1995.

e) Adams, M.A. and Roughley, P.J., *What Is Intervertebral Disc Degeneration, and What Causes It?* Spine, 2006, 31(18): p. 2151-61.

f) Adams, M.A. and Hutton, W.C., *Prolapsed Intervertebral Disc. A Hyperflexion Injury, 1981 Volvo Award in Basic Science,* Spine, 1982, 7(3): p. 184-91.

g) McGill, S.M., *The Biomechanics of Low Back Injury: Implications on Current Practice in Industry and the Clinic,* J Biomech, 1997, 30(5): p. 465-75.

h) Schmitt, K.U., Niederer, P., and Walz, F., *Trauma Biomechanics: Introduction to Accidental Injury*, Springer-Verlag, 2004.

i) Nahum, A.M. and Melvin, J.W., *Accidental Injury: Biomechanics and Prevention,* Springer-Verlag, 1993.

j) Brinckmann, P., *Injury of the Annulus Fibrosus and Disc Protrusions. An In Vitro Investigation on Human Lumbar Discs,* Spine, 1986, 11(2): p. 149-53.

k) Simunic, D.I., Robertson, P.A., and Broom, N.D. *Mechanically Induced Disruption of the Healthy Bovine Intervertebral Disc,* Spine, 2004, 29(9): p. 972-8.

l) White, A.A. and Panjabi, M.M., *Clinical Biomechanics of the Spine, 2nd Edition,* J.B. Lippincott Company, Philadelphia 1990.

m) Haldeman, S., *Principles and Practice of Chiropractic, 3rd Ed.,* McGraw Hill, 2005.

n) Miller, J.A.A., Schmatz, C., Schultz A.B., *Lumbar Disc Degeneration: Correlation with Age, Sex and Spine Level and 600 Autopsy Specimens,* Spine 13:173-177, 1988.

o) Khoo, B.C., Goh, J.C., and Bose, K., *A Biomechanical Model To Determine Lumbosacral Loads During Single Stance Phase In Normal Gait.* Med Eng Phys.,17(1):27-35, 1995.

p) Cappozzo, A. and Berme, N., *Loads on the Lumbar Spine During Running,* Proceedings of the Ninth International Congress of Biomechanics, 1983.

q) Gates, D., Bridges, A., and Welch, T.D.J., et al., *Lumbar Loads in Low to Moderate Speed Rear Impacts,* SAE Paper 2010-01-0141.

r) Tanner, C.B., Wiechel, J.F., and Guenther, D.A., *Vehicle and Occupant Response in Heavy Truck to Passenger Car Sideswipe Impacts,* SAE 2001-01-0900, 2001

s) Allen, M.E., Weir-Jones, I.P., Motiuk, D.R., Flewin, K.R., Goring, R.D., Kobetitch, R., and Broadhurst, A., *Acceleration Perturbations of Daily Living: A Comparison to Whiplash,* Spine, 19:1285-1990, 1994.

t) Vijayakumar, et al., *Head Kinematics and Upper Neck Loading During Simulated Low-Speed Rear-End Collisions: A Comparison with Vigorous Activities of Daily Living,* SAE 2006-01-0247, 2006.

u) Welch, T.D.J., Bridges, A.W., and Gates, D.H., et al., *An Evaluation of the BioRID II and Hybrid III During Low and Moderate Speed Rear Impact,* SAE 2010-01-1031.

v) Menz, H.B., Lord, S.R., and Fitzpatrick, R.C., *Acceleration Patterns of the Head and Pelvis when Walking on Level and Irregular Surfaces,* Gait and Posture, 18:35-46, 2003.

w) Smidt, G.L., Arora, J.S., and Johnston, R.C., *Accelerographic Analysis of Several Types of Walking,* American Journal of Physical Medicine, 50:285-300, 1971.

x) Tanner, C.B., Wiechel, J.F., and Guenther, D.A., *Vehicle and Occupant Response in Heavy Truck to Passenger Car Sideswipe Impacts,* SAE 2001-01-0900, 2001.

y) Fittanto, D., Bare, C., Smith, J., and Mkandwire, C., *Passenger Vehicle Response to Low-Speed Impacts Involving a Tractor-Semitrailer,* SAE 2011-01-0291.

z) Weiss, M.S. and Lustick, L.S., *Guidelines for Safe Human Experimental Exposure to Impact Acceleration,* Report NBDL-86R006, Naval Biodynamics Library.