UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ESAW WRIGHT, ET AL | * |
| | *   CIVIL ACTION NO.:  15-3544 |
| VERSUS | * |
| | * |
| SELECTIVE INSURANCE, ET AL | * SECTION:  L |
| | * |
| | * MAGISTRATE: WILKINSON |
| | * |

**************************************************************************

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion in Limine to Exclude Testimony of Richard Baratta in the captioned matter above is hereby noticed for submission on the 28th day of September, 2016 at 9:00 a.m. at the Eastern District of Louisiana Courthouse in New Orleans, Louisiana.

        Respectfully submitted,

        **HUBER, SLACK, THOMAS
        & MARCELLE, LLP**

        *s/Stephen M. Huber*
        STEPHEN M. HUBER, BAR NO. 24463
        BRIAN P. MARCELLE, BAR NO. 25156
        GINA M. PALERMO,  BAR NO. 33307
        1100 Poydras Street, Suite 2200
        New Orleans, LA 70163
        Telephone: (504) 274-2500
        Facsimile: (504) 910-0838
        Stephen@huberslack.com
        Bmarcelle @huberslack.com

        and

        **EDWARD J. WOMAC, JR. #02195**
        **DOUGLAS J. WOMAC, JR., # 31570**
        **EDWARD J. WOMAC, JR. & ASSOC., L.L.C.**
        3501 Canal Street
        New Orleans, LA 70119
        Telephone: (504) 486-9999
        Facsimile: (504) 488-4178

<u>**CERTIFICATE OF SERVICE**</u>

   I hereby certify that on September 13, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        *s/Stephen M. Huber*